1 | **Mark P. Robinson, Jr.,** SBN 054426
**Carlos A. Prietto, III,** SBN 166410
2 | **Ted B. Wacker,** SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
3 | 620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
4 | 949-720-1288
949-720-1292 Fax
5 |
Attorneys for Plaintiff
6 | MELISSA COLLINS and
KENNETH COLLINS
7 |
8 |
9 |
10 | **UNITED STATES DISTRICT COURT**
11 | **NORTHERN DISTRICT OF CALIFORNIA**
12 |
13 | **IN RE: BEXTRA AND CELEBREX** )   Case No. M 05-CV-1699-CRB
**MARKETING, SALES** )
14 | **PRACTICES AND PRODUCTS** )   MDL No. 1699
**LIABILITY LITIGATION** )
15 | _____ )   JUDGE BREYER
)
16 | **This document relates to:** )   **STIPULATION AND ORDER OF**
)   **DISMISSAL ONLY AS TO CASE**
17 | **MELISSA JANE COLLINS and** )   **NUMBER 05-6305 SJO,**
**KENNETH** )   **ORIGINALLY FILED IN THE**
18 | **COLLINS** )   **CENTRAL DISTRICT OF**
**Individual Case No. C05-5352-CRB** )   **CALIFORNIA**
19 | _____ )
20 |
21 |
22 | **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for
23 | Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Melissa Collins
24 | and Kenneth Collins, originally filed in the Central District of California, Case
25 | Number CV 05-6305 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra*
26 | *and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the
27 | assigned individual case number C 05-5352 CRB, may be and is hereby dismissed
28 | without prejudice.

1    The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2  Plaintiff will only re-file in Federal Court.

3    The parties shall each bear their own costs.

4

5  Dated: September 12, 2006          ROBINSON, CALCAGNIE & ROBINSON

6

7                                     Mark P. Robinson, Jr., SBN054426
                                      mrobinson@rcrlaw.net
8                                     Carlos A. Prietto, III, SBN 166410
                                      cprietto@rcrlaw.net
9                                     Ted B. Wacker, SBN 157416
                                      twacker@rcrlaw.net
10                                    620 Newport Center Drive, 7th Floor
                                      Newport Beach, CA 92660
11                                    Telephone: (949) 720-1288
                                      Fax: (949) 720-1292
12

13                                    -AND-

14                                    Samuel M. Wendt, MO #53573
                                      David Peterson, MO #32229
15                                    PETERSON & ASSOCIATES, P.C.
                                      801 West 47th Street, Suite 107
16                                    Kansas City, MO 64112-1253
                                      Telephone: (816) 531-4440
17                                    Fax: (816) 531-0660

18                                    *Counsel for Plaintiffs*
                                      MELISSA COLLINS and
19                                    KENNETH COLLINS

20  Dated: September 15, 2006          GORDON & REES

21

22

23                                    Stuart M. Gordon, Esq.
                                      sgordon@gordonrees.com
24                                    Embarcadero Center West
                                      275 Battery Street, 20th Floor
25                                    San Francisco, CA 94111
                                      Telephone: (415) 986-5900
26                                    Fax: (415) 986-8054

27                                    *Defendants' Liaison Counsel*

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _September 21, 2006_

4                                                    HONORABLE CHARLES R. BREYER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL